IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRIAN D. LAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:24-cv-00285 |
| v. | ) | |
| | ) | Judge Richardson |
| SALT DENTAL COLLECTIVE, LLC, | ) | Magistrate Judge Frensley |
| | ) | |
| Defendant. | ) | JURY DEMAND |

**PLAINTIFF'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Brian Lawson hereby voluntarily dismisses his Complaint (D.E. 1) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) without prejudice. Plaintiff and Defendant SALT Dental Collective, LLC, represented by undersigned counsel, stipulate that the Complaint shall be dismissed without prejudice. This Stipulation of Dismissal is the first voluntary dismissal of Plaintiff's claims, and Plaintiff has not previously dismissed any federal or state court action based on or including the same claims asserted in the Complaint. Fed. R. Civ. P. 41(a)(1)(B). Plaintiff's Complaint is therefore dismissed without prejudice by stipulation of the Parties.

**APPROVED FOR ENTRY BY:**

/s/ William J. Harbison II
William J. Harbison II (BPR # 33330)
Nathan C. Sanders (BPR # 33520)
1201 Demonbreun Street, Suite 1000
Nashville, TN 37213
(615) 244-1713
jharbison@nealharwell.com
nsanders@nealharwell.com

*Counsel for Plaintiff*

/s/ Mark W. Peters
Mark W. Peters (BPR # 18422)
Todd Mauldin (BPR # 41489)
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, TN 37219-8966
(615) 244-6380
markwpeters@hklaw.com
todd.mauldin@hklaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic filing system this the 23rd day of July, 2024 on the following:

HOLLAND & KNIGHT LLP
Mark W. Peters (BPR #18422)
Todd Mauldin (BPR #41489)
511 Union Street, Suite 2700
Nashville, TN 37219-8966
(615) 244-6380
markwpeters@hklaw.com
todd.mauldin@hklaw.com

*Counsel for Defendant*

/s/ William J. Harbison II
William J. Harbison II