# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Brian D. Lawson

                            Plaintiff,

v.                                                         Case No.: 3:24−cv−00285

SALT Dental Collective, LLC

                            Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/24/2024 re [20].

Lynda M. Hill
s/ Annecia L Donigan, Deputy Clerk